# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-0724 (JEB) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. OFFICE OF SPECIAL COUNSEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to the Court's Minute Order of June 3, 2014, Plaintiff hereby submits this response to Defendant's Motion for Extension of Time.

After reviewing Defendant's Motion, Plaintiff has determined that it will not oppose Defendant's request that it be granted until Monday, August 11, 2014 to respond to the Complaint. Plaintiff reserves the right to oppose any further extensions, however, as this case concerns a FOIA request that has been pending since June 2013.

Date: June 5, 2014.                             Respectfully submitted,

                                                JUDICIAL WATCH, INC.

                                                /s/ Jason B. Aldrich
                                                D.C. Bar No. 495488
                                                425 Third Street, S.W., Suite 800
                                                Washington, DC 20024
                                                Tel: (202) 646-5172
                                                Fax: (202) 646-5199

                                                Attorneys for Plaintiff